# United States District Court

_____SOUTHERN_____ DISTRICT OF _____NEW YORK_____

THOMAS C. STAFFORD, Corporate Secretary, on behalf of New York.com Internet Holdings. Inc..
  v.
NEW YORK.COM OPERATING CO., INC. and ANTHONY ARROTT.

**CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT**

Case Number:   1:02-cv-07100-FM

I, _____J. Michael McMahon_____, Clerk of this United States District Court certify that the attached judgment is a true and correct copy of the original judgment entered in this action on _____February 9, 2004_____, as it appears in the records of this court, and that
                                          Date

* no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court on

__11/30/04__
    Date

_____/s/ J. Michael McMahon_____
Clerk

_____/s/_____
(By) Deputy Clerk

---

* Insert the appropriate language: ... "no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." ... "no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure [*] have been disposed of, the latest order disposing of such a motion having been entered on [date]." ... "an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]." ... "an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

[*Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.]

RECEIVED: 10/18/04 11:23AM; JAMES L. MCMILLAN,PC; #91; PAGE 1
FROM : FAX NO. :6109490147 Oct. 18 2004 11:27AM P1
FEB-02-2004 18:25 HON. FRANK MAAS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOMAS C. STAFFORD, Corporate Secretary,
on behalf of NewYork.com Internet Holdings, Inc.,

    Plaintiff,

Index No.: 02 CIV. 7100 (DC)(FM)

-against-

# 04, 0234

NEWYORK.COM OPERATING CO., INC. and
ANTHONY ARROTT,

    Defendants.

## Judgment

This action came on for trial on January 8, 2004 before the Court, Honorable Frank Maas, United States Magistrate Judge, presiding, and the defendants Anthony Arrott and NewYork.com Operating Company Inc. having consented to an entry of judgment against them jointly and severally and in favor of NewYork.com Internet Holdings Inc. in the amount of $11,706.27, with interest to accrue from August 16, 2002,

It is ORDERED, ADJUDGED AND DECREED that the plaintiff NewYork.com Interenet Holdings Inc. recover of the defendants Anthony Arrott and NewYork.com Operating Company Inc. jointly and severally the liquidated amount of $11,706.27, with pre-judgment interest at the rate of 9% per annum from August 16, 2002 to ~~January~~ February 2, 2004, for a total of $ 1544.26 in pre-judgment interest, making a total judgment amount of $ 13,250.57 Interest to accrue at 9% per annum.

Dated New York, New York, ~~January~~ February 2, 2004

Frank Maas
United States Magistrate Judge

A CERTIFIED COPY
J. MICHAEL McMAHON,
                CLERK
BY _Jessica Hoaa_
    DEPUTY CLERK

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 2/9/04

TOTAL P.02

# Mark A. Samuel, P.C.
## Attorney and Counselor at Law

December 3, 2004

Tony Anastas
Clerk of the Court
United States District Court, District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way – Suite 2300
Boston, Massachusetts 02210

**04 MBD 10351**

Attn.: Miscellaneous Business Docket

**Re: Certification of Judgment for**
*Thomas C. Stafford, Corporate Secretary, on behalf of NewYork.com Internet Holdings, Inc. v. NewYork.com Operating Co., Inc. and Anthony Arrott*

Dear Clerk of the Court:

Enclosed herewith for filing are an original and two (2) copies of: (1) a Certified Copy of the Judgment entered in the Southern District of New York in the above-referenced action and (2) a duly executed Certification of Judgment for Registration in Another District.

Please file the originals of each document and place same on the Miscellaneous Business Docket of the Court. Kindly return file-marked copies (including the Docket Number assigned) to my office. For your convenience, I have enclosed a postage-paid envelope.

Thank you in advance for your prompt attention to this matter. Of course, if you have any questions, please do not hesitate to contact me.

Sincerely,

Mark A. Samuel

Enclosures

60 East 42nd Street, Suite 1434, New York, NY 10165 • Phone (212) 986-6262 • Fax (212) 986-1551 • mas@msamuelpc.com
Licensed in New York and Texas