# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

**PLAINTIFF:** Thomas C. Stafford, on behalf of Newyorker Internet Holding, Inc

**COURT CASE NUMBER:** MBD 1:04-MC-10351

**DEFENDANT:** Newyork.com Operating Co., Inc

**TYPE OF PROCESS:** Writ of Execution

**SERVE NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN:** Anthony Arrott

**ADDRESS:** 11 Manomet Road, Sharon Massachusetts 02067

**SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:**
Mark Samuel, Esq
60 East 42nd St., Suite 1434
New York NY 10165

- Number of process to be served with this Form - 285: 1
- Number of parties to be served in this case: 1
- Check for service on U.S.A.:

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE:**
Exit 8 off of 95 → Sharon
Rt on Wolomolopoag
Lt on Cedar Dr
Lt on Manomet
# 781-784-9125

**Signature of Attorney:** Mark A. Samuel — PLAINTIFF
**TELEPHONE NUMBER:** (212) 986-6263
**DATE:** 1/3/05

U.S. DISTRICT COURT DISTRICT OF MASS.
RECEIVED U.S. MARSHAL SERVICE BOSTON, MA 2005 JAN -7 A 11:20

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| 1 | 03 | 03 | [signed] | 01/10/2005 |

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

**Name and title of individual served (if not shown above):**

**Address (complete only if different than shown above):**

[ ] A person of suitable age and discretion then residing in the defendant's usual place of abode.

**Date of Service:** 1/27/04
**Time:** 7:50 pm
**Signature of U.S. Marshal or Deputy:** [signed] Dawson

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| $180 | $74.09 | $8 | $262.09 | 58 87/100 | $203.22 / N/A |

**REMARKS:**
1/12/05 - No answer ring
1/14/05 9am-10am L.M. (Called to have sub. Arrott call the USMS)
1/27/05 Served
Fee 4 HRS DUSM Time = $180.00
Total Mileage was 203 = $74.09

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**FIRST EXECUTION**                                  MBD NO. 1:04-mc-10351

To the United States Marshal for the District of Massachusetts or either of his Deputies and to _____, Special Process Server:

WHEREAS Thomas C. Stafford, on behalf of New York.com Internet Holdings, Inc. has recovered judgment against NewYork.com Operating Co., Inc. and Anthony Arrott _____ in the United States District Court for the Southern District of New York on the 9th day of February, 2004, for the sum of $ 11,706.27, debt or damage, pre-judgment interest in the amount of $ 1,544.26, and costs of this suit in the amount of $ 0, as to us appears of record, whereof this First Execution remains to be done,

WE COMMAND YOU, therefore, that of the goods and chattels or lands of the said Judgment Debtor, to cause to be paid and satisfied unto the said Judgment Creditor, at the value thereof in money, the aforesaid sums, being a total of $ 13,250.53, in the whole, with interest thereon at the rate of 9% per annum from said day of rendition of said judgment; and thereof also to satisfy yourself for your own fees.

HEREOF FAIL NOT and make due return of this Writ with your doings thereon into the Clerk's Office of our said court, at Boston, Massachusetts, within Twenty (20) years after the date of said judgment, or within Ten (10) days after this Writ has been satisfied or discharged.

Dated this 20th day of DECEMBER.

SEAL
(Execution - MBD ...)

TONY ANASTAS
CLERK OF COURT

By: _____
Deputy Clerk
[writexec.]